UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE EARL ROGERS.<br><br>    Petitioner,<br><br>    vs.<br><br>Unknown,<br><br>    Respondent | ) Case No. CIVS-07-0680 MCE GGH P<br>)<br>) INITIAL EX PARTE REQUEST FOR<br>)<br>) EXTENSION OF TIME TO FILE<br>)<br>) JOINT SCHEDULING STATEMENT<br>)<br>) [LOCAL RULE 6-142, SUB.(C)]<br>)<br>) |

    Pursuant to this Ex Parte Motion for an Extension of Time to File a Joint Scheduling Statement by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's joint scheduling statement will be due on September 29, 2007.

Dated: 8/28/07                    /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            United States Magistrate Judge

roge0680.po