-1-

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE EARL ROGERS.  Petitioner,  vs.  Unknown,  Respondent | No. CIV S 07-0680 MCE GGH P  ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED PETITION  [LOCAL RULE 6-142, SUB.(C)] |

    Pursuant to this Ex Parte Motion for an Extension of Time to File an Amended Petition by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's amended petition will be due on March 12, 2008.

Dated:02/19/08                    /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      United States Magistrate Judge

roge0680.po2