1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WALLACE EARL ROGERS,

11          Petitioner,                    No. CIV 07-680 MCE GGH P

12      vs.

13   UNKNOWN,

14          Respondent.                    ORDER

15   _____/

16          Petitioner, a state prisoner proceeding through appointed counsel, seeks the voluntary

17   dismissal of this petition, pursuant to Fed. R. Civ. P. 41(a)(1).  Counsel declares under penalty of

18   perjury that petitioner has consented to the voluntary dismissal and that respondent takes no position

19   with respect to the request for dismissal because respondent has not filed a response to the petition.

20   Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

21          Accordingly, the Clerk of Court shall close this case.

22   DATED:  07/21/08

                                           /s/ Gregory G. Hollows
23                                         _____

24                                         UNITED STATES MAGISTRATE JUDGE

     GGH:009
25   roge0680.159

26